IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41231
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOE LOYCE FORD,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:95-CV-481
- - - - - - - - - -
November 12, 198

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

Joe Loyce Ford, inmate # 04138-078, challenges the denial of his motion to vacate his sentence filed pursuant to 28 U.S.C. § 2255. Ford's claims that he received ineffective assistance of trial counsel and ineffective assistance of appellate counsel are raised for the first time on appeal and do not entitle him to § 2255 relief. Strickland v. Washington, 466 U.S. 668, 687 (1984); Highlands Ins. v. National Union Fire Ins., 27 F.3d 1027, 1032 (5th Cir. 1994). Nor does his claim that his direct appeal should be reinstated entitle him to such relief. Myers v. Collins, 8 F.3d 249, 252 (5th Cir. 1993).

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The judgment of the district court is AFFIRMED.